# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156849(98)(100)(101)

RAFAELI, LLC, and ANDRE OHANESSIAN,
    Plaintiffs-Appellants,

v

OAKLAND COUNTY and ANDREW MEISNER,
    Defendants-Appellees.

_____/

SC: 156849
COA: 330696
Oakland CC: 2015-147429-CZ

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Jaimie N.L. Cavanaugh and Wesley P. Hottot to appear and practice in this case under MCR 8.126(A) is GRANTED. The motion of plaintiffs-appellants to extend the time for filing their reply brief is GRANTED. The brief will be accepted as timely filed if submitted on or before May 8, 2019. The motion of the Center for Constitutional Jurisprudence to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before May 8, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 12, 2019



Clerk